IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL ULIBARRI,

    Plaintiff,

v.                                                  No. 21-cv-0792 KG-SMV

FEDERAL PUBLIC DEFENDERS, *et al*,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court following Plaintiff Manuel Ulibarri's failure to prosecute his prisoner Civil Complaint. (Doc. 1). Pursuant to 28 U.S.C. § 1915(a)(2), the Court directed Plaintiff prepay the $402 filing fee or file a motion to proceed *in forma pauperis*. (Doc. 2). Plaintiff was also directed to provide his inmate number, which jails typically require for mailings. The Order warned that the failure to timely comply may result in dismissal of this case without further notice. The deadline for Plaintiff to address the filing fee and update his mailing information was September 27, 2021. Plaintiff failed to comply or respond, and the Order was returned as undeliverable. (Doc. 4). Accordingly, the Court will dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *See Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS ORDERED:

1. Plaintiff Manuel Ulibarri's Civil Complaint (Doc. 1) is dismissed without prejudice.

2. The Court will enter a judgment closing the civil case.

                                                   UNITED STATES DISTRICT JUDGE